# ALABAMA COURT OF CRIMINAL APPEALS



June 13, 2025

**CR-2024-0525**
Talana Wakesia Cherry v. State of Alabama (Appeal from Jefferson Circuit Court: CC-23-968)

# NOTICE

You are hereby notified that on June 13, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk